UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6142-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MERCEDES N. MARTINEZ a/k/a.
MERCEDES N. FISK,

    Defendant.
_____/

## STATUS REPORT AND REQUEST FOR ADDITIONAL TIME

Plaintiff, the United States of America, by and through Thomas E. Scott, United States Attorney, Mary F. Dooley, Assistant United States Attorney hereby files this Status Report and states as follows:

1)   Plaintiff filed its complaint on or about January 28, 2000 and mailed a notice of lawsuit and request for waiver of summons to the defendant.

2)   Defendant failed to return the waiver and on or about March 6, 2000 the plaintiff requested it's process server to serve the defendant.

3)   The process server has attempted to serve the defendant at the address provided by the agency, but has been unsuccessful as of April 3, 2000. Plaintiff has verified through 411, that the defendant does in fact reside there and the process server is continuing to attempt service.

4)   On January 31, this Court issued an order requiring Counsel to meet and file joint scheduling report within 60 days.

WHEREFORE, plaintiff requests the court grant plaintiff an additional 30 days to serve the defendant and file a joint scheduling report.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

BY: *[signature]* 4/3/00
MARY F. DOOLEY
ASSISTANT U.S. ATTORNEY
99 N.E. 4TH STREET, Suite 300
Miami, FL 33132
Tel No. (305) 961-9311
Fax No. (305) 530-7195
Bar No. 1123933

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copy of the forgoing document was mailed, postage paid, this _3_ day of April, 2000 to:

>Mercedes N. Fisk
>8775 NW 21st Ct.
>Coral Springs, FL 33071

MARY F. DOOLEY
Assistant U. S. Attorney