UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6142-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MERCEDES N. MARTINEZ a/k/a,
MERCEDES N. FISK,

        Defendant.
_____/



FILED by ___ D.C.

APR 1 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**ORDER GRANTING THE UNITED STATES'**
**REQUEST FOR ADDITIONAL TIME**

Plaintiff, United States of America, having filed a Status Report and request for additional time for plaintiff to serve the defendant and file a joint scheduling report and the Court having considered the motion and pertinent portions of the record, and being otherwise fully advised in the premises, it is ORDERED that defendant shall have until __May 10__, 2000 to file joint scheduling report.

DONE and ORDERED in Chambers, at Ft. Lauderdale, Florida, this __11__ day of __April__, 1999.

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc: Mary F. Dooley, AUSA
    Mercedes N. Fisk, pro se

