UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 00-6142-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,
          Plaintiff,

v.

MERCEDES N. MARTINEZ
          Defendant.
_____/



### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, United States of America, by and through its undersigned attorney, and dismisses this cause without prejudice as to the defendant MERCEDES N. MARTINEZ, pursuant to Federal Rule of Civil Procedure 41 (a) (1) (i).

          Respectfully submitted,

          THOMAS E. SCOTT
          UNITED STATES ATTORNEY

By:   MARY F. DOOLEY
          ASSISTANT U.S. ATTORNEY
          99 N.E. 4TH STREET, Suite 300
          Miami, FL 33132
          Tel No. (305) 961-9377
          Fax No. (305) 530-7195
          Florida Bar No. 112933

DATED 4/18/00

