## RETURN OF SERVICE

Case No: 00-6142 CIV-DIMITROULEAS

| **TO BE SERVED** |
| --- |
| MERCEDES N. MARTINEZ<br>8775 N.W. 21ST COURT POMPANO BEACH, FLORIDA |

| **COURT** |
| --- |
| IN THE U. S. DISTRICT COURT |

| **STYLE** |
| --- |
| UNITED STATES OF AMERICA<br>VS<br>MERCEDES N. MARTINEZ |

| **WRIT** |
| --- |
| SUMMONS IN A CIVIL ACTION |

| **SERVED FOR** |
| --- |
| MARY F. DOOLEY, AUSA<br>ASSISTANT U.S. ATTORNEY<br>99 N.E. 4th STREET, SUITE 300<br>MIAMI, FLORIDA, 33132 |

| **INFORMATION** | |
| --- | --- |
| Court Date: | Court Time: |
| Witness Fee: $ 0.00 | |
| Document Type: ORIGINAL | |
| Atty File # | |

I received this process 03/08/00 at 12:41 PM and it was not served.

    MERCEDES N. MARTINEZ
    8775 N.W. 21ST COURT POMPANO BEACH, FLORIDA

### NO SERVICE: ( )
For the reason that diligent search and inquiry failed to find said MERCEDES N. MARTINEZ in DADE COUNTY, FLORIDA

### OTHER RETURNS:



**BRENDA TAYLOR**
My Commission # CC 815829
Expires March 8, 2003
1-800-3-NOTARY Fla. Notary Service & Bonding Co

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server/Sheriff Appointed in the circuit in which this defendant was served and have no interest in the above action pursuant to F.S. 92 525(2)

I hereby certify that I am not a party to the above action, am over 18 years of age, that the above affidavit is true and correct, and that service was made in accordance with Rule 1.410(C) Florida R.C.P., and Rule 45 Federal R.C.P., and Rule 4(C), 50 U.S.C., and section 520 Et. Seq.

PROCESS SERVER BARRY E. ROSS (58)
CAPLAN, CAPLAN AND KAYE (305) 374-3426
CPS Number 00757758-001

The foregoing instrument was acknowledged before me this 08 day of May, 2000 BY BARRY E. ROSS, who is personally known to me, or who was produced a D/L as identification and who DID take an oath.

NOTARY PUBLIC OR PUBLIC OFFICER
AND TITLE OR RANK / CCX

*AO 88 (Rev. 11/91) Summons in a Civil Action*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

*United States of America*

v.

*MERCEDES N. MARTINEZ*

**SUMMONS IN A CIVIL ACTION**

Case Number:

CIV.-DIMITROULEAS

TO: *(Name and Address of Defendant)*

*MERCEDES N. MARTINEZ*
*8775 NW 21ST CT*
*POMPANO BEACH, FL 33071*

*YOU ARE HEREBY SUMMONED to and required to serve upon plaintiff's attorney*

*Mary F. Dooley*
*Assistant United States Attorney*
*99 NE 4TH STREET*
*3RD FLOOR*
*MIAMI, FL 33132-2111*

*an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file an answer with the Clerk of the Court within a reasonable period of time after service.*

*CLARENCE MADDOX*
*CLERK OF THE COURT*

_____
*BY DEPUTY CLERK*

_____ *DATE*